**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY J. NUGENT,<br><br>             Plaintiff(s),<br><br>   vs.<br><br>GREENPOINT MORTGAGE FUNDING, INC., et al.,<br><br>             Defendant(s).                              / | No. C 09-1180 MEJ<br><br>**ORDER DIRECTING PLAINTIFF TO SUBMIT CHAMBERS COPY IN COMPLIANCE WITH GENERAL ORDER 45 AND THE COURT'S STANDING ORDERS** |

On March 30, 2009, Defendant GMAC Mortgage electronically filed a motion to dismiss and motion to strike. GMAC has violated General Order 45 and the Court's Standing Orders, however, by failing to deliver to the Clerk's Office "no later than noon on the business day following the day that the papers are filed electronically, one paper copy of each document that is filed electronically . . . marked 'Chambers Copy' and . . . clearly marked with the judge's name, case number, and 'Chambers Copy-Do Not File.'" *See* General Order 45 § VI.G; *see also* Case Management Standing Order, Magistrate Judge Maria-Elena James, ¶ 6. GMAC is hereby ORDERED to comply with General Order 45 and the Court's Standing Orders by immediately submitting a chambers copy of the above-referenced documents.

**IT IS SO ORDERED.**

Dated: April 2, 2009

_____
MARIA-ELENA JAMES
United States Magistrate Judge