IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY J. NUGENT, | No. C 09-1180 MEJ |
| Plaintiff(s), | **ORDER DIRECTING DEFENDANT GREENPOINT MORTGAGE FUNDING, INC. TO SUBMIT CHAMBERS COPY IN COMPLIANCE WITH GENERAL ORDER 45 AND THE COURT'S STANDING ORDERS** |
| vs. | |
| GREENPOINT MORTGAGE FUNDING, INC., et al., | |
| Defendant(s). | |

On April 6, 2009, Defendant Greenpoint Mortgage Funding, Inc. electronically filed its motion to dismiss and related documents. Defendant has violated General Order 45 and the Court's Standing Orders, however, by failing to deliver to the Clerk's Office "no later than noon on the business day following the day that the papers are filed electronically, one paper copy of each document that is filed electronically . . . marked 'Chambers Copy' and . . . clearly marked with the judge's name, case number, and 'Chambers Copy-Do Not File.'" *See* General Order 45 § VI.G; *see also* Case Management Standing Order, Magistrate Judge Maria-Elena James, ¶ 6. Defendant is hereby ORDERED to comply with General Order 45 and the Court's Standing Orders by immediately submitting a chambers copy of the above-referenced documents.

**IT IS SO ORDERED.**

Dated: April 10, 2009

MARIA-ELENA JAMES
United States Magistrate Judge