IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY J. NUGENT, | No. C 09-01180 SI |
| Plaintiff, | **ORDER DISMISSING CASE WITHOUT PREJUDICE** |
| v. | |
| GREENPOINT MORTGAGE FUNDING, INC., et al., | |
| Defendants. | |

Now before the Court is the report and recommendation of Magistrate Judge Maria-Elena James to dismiss this case for failure to prosecute and failure to comply with court deadlines and orders. A court may dismiss an action if the plaintiff fails to prosecute it or to comply with the Federal Rules of Civil Procedure. *See* Fed. R. Civ. Pro. 41(b). The Court finds, for the reasons discussed in Judge James' report, that plaintiff has both failed to prosecute this action and to comply with court orders. Plaintiff failed to file an opposition to defendants' motions to dismiss, failed to respond to an order to show cause why the case should not be dismissed for failure to prosecute, and failed to appear at the hearing on Judge James' order to show cause. The docket reflects that pro se plaintiff has made no appearance in this case since filing his complaint. Accordingly, this Court finds that dismissal of this case is warranted. Because the plaintiff is representing himself, the Court finds that dismissal shall be without prejudice.

**IT IS SO ORDERED.**

Dated: June 29, 2009

SUSAN ILLSTON
United States District Judge