IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY J. NUGENT,<br><br>    Plaintiff,<br><br>  v.<br><br>GREENPOINT MORTGAGE FUNDING, INC., et al.,<br><br>    Defendants.<br>                                      / | No. C 09-01180 SI<br><br>**JUDGMENT** |

This action is dismissed without prejudice for failure to prosecute.

**IT IS SO ORDERED AND ADJUDGED.**

Dated: June 29, 2009

                                                   SUSAN ILLSTON
United States District Judge